IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03612 - NRN

DAISY BAKER, on her own behalf and as Administratrix of the Estate of DAVID BAKER,

    Plaintiff

vs.

CITY OF AURORA,

    Defendant(s).

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), plaintiff hereby dismisses with prejudice the first, second, fourth and fifth causes of action set forth in her Complaint filed on December 10, 2020.

Dated: March 24, 2021

        Respectfully submitted,

        s/Michael H. Sussman
        *Michael H. Sussman*
        Sussman & Associates
        PO Box 1005
        Goshen, NY 10924
        (845)-294-3391 [phone]
        (845) 294- 1623 [fax]
        sussman1@sussman.law
        Counsel for Plaintiff