IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03612-RBJ

DAISY BAKER, on her own behalf, and as
Administratrix of the Estate of DAVID BAKER,

    Plaintiff(s),

v.

CITY OF AURORA,

    Defendant.

---

## NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE DEADLINES

---

Plaintiffs Daisy Baker and the Estate of David Baker and Defendant City of Aurora, (collectively, the "**Parties**,") by and through their counsel of record, respectfully submit this Notice of Settlement and Joint Motion to Vacate Deadlines, and state as follows:

1. This matter is set for a five-day jury trial commencing on June 6, 2022 along with a trial preparation conference set for May 19, 2022. The Parties have reached a final settlement to resolve all claims in the above-captioned action and desire to have the Court vacate these settings and all trial related deadlines.

2. Even though the Parties have agreed upon the language in a draft settlement agreement, it cannot be executed until the Estate obtains state probate court approval for the settlement. Once that occurs, the Parties will also file a stipulation for dismissal with prejudice.

3. The Parties request a 60-day deadline for the submission of their dismissal paperwork up through and including June 20, 2022, to accommodate the potential timetable for probate court approval.  At this point, no probate court application has been submitted.  Once the Parties are more certain of a probate hearing date, they can seek to extend this 60-day deadline if more time is necessary.

4. In light of the pending settlement, the Parties respectfully request that the Court vacate the June 6, 2022, trial and the May 19, 2022 Trial Preparation Conference and all related trial deadlines and in their place order that the parties submit their dismissal paperwork on or before June 20, 2022.

Respectfully submitted this 21st day of April, 2022.

| SUSSMAN & ASSOCIATES | BERG HILL GREENLEAF RUSCITTI LLP |
|---|---|
| *s/ Michael H. Sussman* | *s/ Josh A. Marks* |
| Michael H. Sussman<br>P.O. Box 1005<br>1 Railroad Avenue<br>Suite 3, Goshen, NY 10924<br>Phone: (845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@sussman.law | Josh A. Marks<br>1712 Pearl Street<br>Boulder, CO 80302<br>Phone: (303) 402-1600<br>Fax: (303) 402-1601<br>jam@bhgrlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of April, 2022, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| Indra W. Lusero<br>National Advocates<br>  for Pregnant Women<br>8930 West 80th Drive<br>Arvada, CO  80005<br>lusero.indra@gmail.com | Michael H. Sussman<br>Sussman & Associates<br>P.O. Box 1005<br>1 Railroad Avenue, Suite 3<br>Goshen, NY 10924<br>sussman1@sussman.law |
| | Isabelle S. Evans<br>Aurora City Attorney's Office<br>15151 East Alameda Parkway<br>5th Floor<br>Aurora, CO  80012<br>ievans@auroragov.org |

*s/ Cheryl Stasiak*

_____
Cheryl Stasiak

3